UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10140-RWZ

UNITED STATES OF AMERICA

v.

JOHN G. PIZZARELLA, *et al.*

ORDER
July 23, 2008

ZOBEL, D.J.

Joanne Russo petitioned the court for relief from the Preliminary Order of Forfeiture dated November 10, 2005 (Docket # 132), as to the real property located at 6 Applewood Lane, Saugus, Massachusetts. After hearing evidence and considering the parties' written and oral arguments, the court determined that Joanne Russo has an interest in the property to the extent of $250,000 which she had lent to John G. Pizzarella and which is therefore not subject to forfeiture.

The Final Order of Forfeiture pursuant to 21 U.S.C. §853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure shall exclude the interest of Joanne Russo from said forfeiture.

|    July 23, 2008    |    /s/Rya W. Zobel    |
|:---:|:---:|
| DATE | RYA W. ZOBEL |

UNITED STATES DISTRICT JUDGE