UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                         )<br>          v.                             )<br>                                         )   Criminal No. 03-10140-RWZ<br>                                         )<br> JOHN G. PIZZARELLA, et al.,             )<br>          Defendants.                   )<br>                                         )<br> RIVERHURST REALTY TRUST and             )<br> MIDDLESEX SAVINGS BANK,                 )<br>          Claimants.                    )| |

(PROPOSED) ORDER PARTIALLY VACATING
PRELIMINARY ORDER OF FORFEITURE (Docket No. 132)

ZOBEL, D.J.,

The United States of America having petitioned this Court for an Order Partially Vacating this Court's Preliminary Order of Forfeiture (Docket No. 132), and this Court being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Preliminary Order of Forfeiture shall be partially vacated with regard to the following property only:

> the real property and buildings located at 251 Old Concord Road, Billerica, Massachusetts as more fully described in the deed dated November 14, 1997, recorded with the Middlesex County Registry of Deeds in Book 14247, Page 144;

DONE AND ORDERED in Boston, Massachusetts, this 26th day of August, 2009.

_____
RYA W. ZOBEL
United States District Court Judge